DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIA GODINEZ-DE CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-169 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; AND ORDER |
| v. ) | THEREON |
| ) | |
| MARIA GODINEZ-DE CABRERA, ) | Date : October 30, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Dept : Hon. Anthony W. Ishii |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 23,  2006,  may be continued to **October 30, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow sufficient time for on-going defense preparation and investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

Stipulation to Continue Status Conference

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED:  October 19, 2006                McGREGOR W. SCOTT
                                           United States Attorney

4
                                           /s/ Steven M. Crass
5                                          STEVEN M. CRASS
                                           Assistant U.S. Attorney
6                                          Attorney for Plaintiff

7

8
   DATED:  October 19, 2006                DANIEL J. BRODERICK
9                                          Federal Defender

10

11                                         /s/ Carrie S. Leonetti
                                           CARRIE S. LEONETTI
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13

14

15                                **O R D E R**

16  IT IS SO ORDERED.

17  **Dated:   October 20, 2006**                /s/ **Anthony W. Ishii**
    0m8i78                                 UNITED STATES DISTRICT JUDGE
18

Stipulation to Continue Status Conference        2