DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIA GODINEZ-DE CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-169 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | ) ) | |
| MARIA GODINEZ-DE CABRERA, | ) ) | Date : November 13, 2006 Time: 9:00 a.m. |
| Defendant. | ) ) | Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 30, 2006, may be continued to **November 13, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow sufficient time for on-going defense preparation and investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED:  October 25, 2006           McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Steven M. Crass
                                        STEVEN M. CRASS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED:  October 25, 2006           DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Carrie S. Leonetti
                                    CARRIE S. LEONETTI
                                    Assistant Federal Defender
                                    Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   October 27, 2006**          /s/ **Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference            2